ANTHONY ORZANO, Respondent, v. MINNESOTA REALTY Co., INC., and MIKE BERLIN, Appellants, and ALPHONSUS L. GATELY, Also Known as ALFRED L. GATELY, Defendant.— On argument, order of the County Court of Nassau county denying motion of appealing defendants to open default reversed upon the law and the facts, without costs, and motion granted, without costs, upon condition that within five days from entry of the order herein appellants file an undertaking, with corporate surety, conditioned for the payment of any judgment that may be obtained against them. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

BLUMA RADER, Respondent, v. ALFRED MULIER, Appellant.— On argument, order denying defendant's motion to strike out matter from complaint affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from service of a copy of the order herein. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

WILLIAM E. ALQUIST, Respondent, v. OTIS ENGINE CORPORATION, Appellant. EDWIN F. DALEY, Respondent.— Motion to extend time to serve a new amended counterclaim granted and time extended until ten days after entry of the order made upon the decision of the appeal. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

LOUIS ALTMAN, Doing Business under the Name and Style of " CAMP JOY," Respondent, v. BENJAMIN STRAKOWSKY and Another, Defendants. MORRIS HASNER and GUSSIE HASNER, Appellants.— Motion to stay trial granted upon condition that appeal be perfected and brought on for argument on Friday, November fourteenth (for which day the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Motion to extend time to answer granted and time extended until five days after entry of the order made upon the decision of the appeal. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

WILLIAM FRANCIS BROWN, by JOSEPH FRANCIS BROWN, His Guardian ad Litem, Respondent, v. SAMUEL ROSEN, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Question to be certified. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ. Settle order on notice.

GEORGE T. CAULFIELD, Respondent, v. RICHARD FLAUTO, Appellant. JOSEPH WEIL and Another, Defendants.— Motion for stay granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

JOSEPH DE MATTEIS, Respondent, v. McGOLRICK REALTY COMPANY, INC., and HARRY J. O'MEARA, Appellants. PEEKSKILL MOTOR BUS CORPORATION and Another, Defendants.— In view of the decision of the main appeal (post, p. 745), decided herewith, the motion for a stay is dismissed, without costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

THE DENVER PHARMACEUTICAL MFG. Co., INC., Respondent, v. THE CRYSTAL CHEMICAL COMPANY, INC., Appellant.— Motion for reargument denied, with ten